IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARAMIE TYSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 11-00660-KD-N |
| | ) |
| JACK MILLER and GEORGE OGLESBY, | ) |
| | ) |
|     Defendants/Third-Party plaintiffs., | ) |
| | ) |
| v. | ) |
| | ) |
| CROUNSE CORPORATION, and M/V | ) |
| GINGER MOLLER, | ) |
| | ) |
|     Third-Party Defendant. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May, 8, 2012 (doc. 20), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion to remand (docs. 13-14) filed by Jack Miller and George Oglesby, defendants and third party plaintiffs herein, be and is hereby **GRANTED** and that this action be remanded to the Circuit Court of Choctaw County, Alabama.  The Clerk is hereby directed to take such steps as are necessary to transfer this action to the Circuit Court of Choctaw County, Alabama.

**DONE** this 4th day of  June, 2012.


           /s/ Kristi K. DuBose
           **KRISTI K. DuBOSE**
           **UNITED STATES DISTRICT JUDGE**